Plaintiff's Counsel:
Jayne Conroy
Hanly Conroy Bierstein Sheridan
    Fisher & Hayes LLP
112 Madison Avenue
New York New York  10016-7416
(212) 784-6400
(212) 284-6420 (fax)

-and-

SimmonsCooper LLC
707 Berkshire Blvd.
East Alton, IL  62024
(618) 259-2222
(212) 259-2251 (Fax)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| This Document Relates To:<br><br>*Gail and Michael Trotman, vs. Pfizer, Inc.,.  MDL No. 06-3216:* Plaintiff Gail Trotman and Michael Trotman | |

Come now the Plaintiffs, Gail Trotman and Michael Trotman, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

41(a), and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Gail Trotman and Michael Trotman's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009         By: /s/ Jayne Conroy
                                            Jayne Conroy
                                            **HANLY CONROY BIERSTEIN
                                              SHERIDAN FISHER & HAYES LLP**
                                            112 Madison Avenue
                                            New York, New York 10016-7416
                                            (212) 784-6400
                                            (212) 784-6420 (Fax)
                                            Email: jconroy@hanlyconroy.com

                        -and-

                                            **SIMMONSCOOPER LLC**
                                            707 Berkshire Blvd.
                                            East Alton, IL 62024
                                            (618) 259-2222
                                            (618) 259-2251 (Fax)

                                            *Counsel for Plaintiff.*

Dated: \_\_\_\_\_March 11\_\_\_, 2009         By: /s/ Michelle W. Sadowsky
                                            Michelle W. Sadowsky
                                            **DLA PIPER US LLP**
                                            1251 Avenue of the Americas
                                            New York, New York 10020-1104
                                            (212) 335-4625
                                            (212) 884-8675 (Fax)

                                            *Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____March 30\_\_, 2009     By: /s/
                                            United States District Court

STIPULATION OF DISMISSAL WITH PREJUDICE